

**IT IS ORDERED as set forth below:**

**Date: July 5, 2018**

*Paul Baisier*

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. **18-51778-PMB** |
| **SHERAKEE SETTLES,** | : | |
| | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |
| **SHERAKEE SETTLES,** | : | |
| Plaintiff, | : | |
| | : | ADVERSARY PROCEEDING |
| v. | : | |
| | : | NO. **18-5044** |
| **RUBIN LUBLIN ATTORNEY and COUNSELORS, LHP INVESTMENT, INC., and PSB PROPERTY MANAGEMENT, LLC,** | : | |
| Defendants. | : | |

### ORDER GRANTING AMENDED MOTION
### TO DISMISS COMPLAINT AS TO RUBIN LUBLIN LLC
### AND ORDER DISMISSING COMPLAINT AS TO REMAINING DEFENDANTS

Before the Court is the *Amended Motion to Dismiss* filed by Defendant Rubin Lublin, LLC

on March 28, 2018 (Docket No. 9)(the "Motion to Dismiss").  Plaintiff-Debtor (the "Debtor") initiated this adversary proceeding *pro se* through the filing of a complaint on February 21, 2018 (Docket No. 1)(the "Complaint").   On May 17, 2018, the Court entered an Order Extending Time to Respond to Motion to Dismiss (Docket No. 11)(the "Order Extending Time to Respond") allowing the Debtor through and including June 15, 2018 to respond to the Motion to Dismiss. To date, the Debtor has not filed a response to the Motion and it is deemed unopposed.[1]

Upon review of the Motion and in view of the foregoing, it is

**ORDERED** that the Motion to Dismiss be, and the same hereby is, **GRANTED** and the Debtor's Complaint is **DISMISSED** as to Defendant Rubin Lublin, LLC.

In addition, it appearing from the Docket that there has been no activity of record by the Debtor in the prosecution of this Adversary Proceeding for over four (4) months, it is further

**ORDERED** that the Debtor's Complaint is **DISMISSED** as to the remaining Defendants named above.

The Clerk is directed to serve a copy of this Order upon the Debtor, counsel for the Debtor, Defendant Rubin Lublin, LLC, the remaining Defendants named above, the Chapter 13 Trustee, and the United States Trustee.

The Clerk is further directed to close this Adversary Proceeding as soon as administratively practicable.

**[END OF DOCUMENT]**

---

[1] Although the Docket reflects that the Order Extending Time to Respond as served on the Debtor was returned, the address used by the Clerk is the same address as used by the Debtor throughout this case.   The Certificate of Service also shows that the Order Extending Time to Respond was served on Debtor's counsel.